IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WITCHITA DIVISION

| | |
|---|---|
| ROBERT OVERFELT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| BNSF RAILWAY COMPANY, ) | FEDERAL EMPLOYERS' |
| ) | LIABILITY ACT |
| Defendant. ) | |
| ) | JURY TRIAL DEMAND |

## COMPLAINT

Plaintiff Robert Overfelt ("Plaintiff"), by and through counsel, states as follows for his complaint against defendant BNSF Railway Company ("Defendant"):

1. This action arises under the provisions of 45 U.S.C. §§ 51-60, commonly known as the Federal Employers' Liability Act.

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

3. Venue of this action properly lies in the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1391(b) because Defendant resides within this District and Division and engages in the interstate operation of a railroad within the State of Kansas and this Division.

4. Defendant is a corporation organized and existing under the law and operates a railroad business in several states, including the State of Kansas.

5. Plaintiff is a resident of Wellington, Kansas.

1

6. Plaintiff, a conductor employee of Defendant, was working in furtherance of Defendant's interstate transportation and commerce and the time of his injury on or about June 11, 2013.

7. On or about June 11, 2013, Plaintiff was employed by Defendant as a conductor and was performing his duties in the course of his employment in defendant's Amarillo, Texas yard.

8. On or about June 11, 2013, in the course and scope of his normal duties with Defendant, Plaintiff was thrown from a gondola car to the ground, sustaining injuries to his neck, back, spine, and left shoulder.

9. Plaintiff's injuries were caused, in whole or in part, by one or more of the following negligent acts or omissions of Defendant, its agents, servants and/or employees, in violation of the Federal Employers' Liability Act:

    a. It failed to provide plaintiff with a reasonably safe place to work;

    b. It failed to provide adequate equipment to perform his job;

    c. It failed to provide adequate assistance to perform his job;

    d. It failed to provide reasonably safe conditions for work;

    e. It failed to provide reasonably safe methods with which to work;

    f. It failed to maintain, inspect, and/or repair the equipment with which Plaintiff was instructed to work;

    g. It failed to adequately supervise and/or train its employees in the performance of their duties; and

    h. It required Plaintiff to work in a gondola car that lacked adequate restraints.

10.     As a result, in whole or in part, of one or more of the foregoing negligent acts or omissions, Plaintiff suffered permanent injuries to his neck, back, spine, and left shoulder; he has sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his neck, back, spine, and left shoulder; he has sustained bruising, straining and scarring of the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his neck, back, spine, and left shoulder; and has been caused to suffer severe pain, discomfort, and disfigurement; and will continue to suffer severe pain, discomfort, and disfigurement; he has sought and received medical care and attention, and will continue to receive medical care and attention; he has suffered psychological and emotional injury, mental anguish, and anxiety and will continue to suffer psychological and emotional injury, mental anguish, and anxiety in the future; he has incurred medical expenses and will continue to incur medical expenses; he has lost wages, earning capacity, and benefits and will continue to lose wages, earning capacity, and benefits; all to his damage.

WHEREFORE, Plaintiff Robert Overfelt prays for judgment against Defendant BNSF Railway Company, which is fair and reasonable, in excess of $75,000, plus costs of suit incurred herein.

**PLAINTIFF HEREBY REQUESTS PURSUANT TO COURT RULES THAT THE CASE BE TRIED BEFORE THE WICHITA DIVISION.**

| SCHLICHTER, BOGARD & DENTON | MORRIS LAING |
|---|---|
| s/ Nelson G. Wolff<br>NELSON G. WOLFF  phv pend<br>ANDREW D. SCHLICHTER  phv pend.<br>100 South Fourth Street<br>St. Louis, Missouri 63102<br>(314) 621-6115<br>(314) 621-7151 (fax)<br>nwolff@uselaws.com<br>aschlichter@uselaws.com | s/ John W. Johnson<br>JOHN W. JOHNSON # 07684<br>300 N. Mead, Suite 200<br>Wichita, KS 67202-2745<br>(316) 262-2671<br>(316) 262-6226 (fax)<br>jjohnson@morrislaing.com |

*ATTORNEYS FOR PLAINTIFF*